**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NUCOR STEEL-ARKANSAS;                                          PLAINTIFFS
and NUCOR-YAMATO STEEL COMPANY

v.                                        NO. 3:15CV00333 JLH

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY;
and REGINA MCCARTHY, Administrator                            DEFENDANTS

### ORDER

Without objection, plaintiffs' motion for extension of time to file opposition to EPA's motion

to dismiss is GRANTED.  Document #31.  The deadline for filing the opposition to the motion to

dismiss is extended up to and including January 27, 2016.

IT IS SO ORDERED this 21st day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE