# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NUCOR STEEL-ARKANSAS;                                        PLAINTIFFS
and NUCOR-YAMATO STEEL COMPANY

v.                      NO. 3:15CV00333 JLH

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY;
and REGINA MCCARTHY, Administrator                      DEFENDANTS

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, the complaint of Nucor Steel-Arkansas and Nucor-Yamato Steel Company is dismissed for lack of subject-matter jurisdiction.

IT IS SO ORDERED this 13th day of April, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE